FILED

08/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0294

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 20-0294

The COMMISSIONER OF POLITICAL PRACTICES FOR THE STATE OF MONTANA, through JEFFREY A. MANGAN, acting in his official capacity as the Commissioner of Political Practices,

Petitioner and Appellant,

v.

The MONTANA REPUBLICAN PARTY,

Respondent and Appellee.

## ORDER GRANTING EXTENSION OF TIME TO FILE BRIEF

On Appeal from the Montana First Judicial District Court,
Lewis and Clark County,
The Honorable Michael F. McMahon, Presiding

JAIME E. MacNAUGHTON
Special Attorney General for
COMMISSIONER OF POLITICAL
PRACTICES
1209 Eighth Avenue
P.O. Box 202401
Helena, MT 59620-2401
Phone: 406-444-2942
jmacnaughton@mt.gov

GENE R. JARUSSI
Special Attorney General
Bishop, Heenan & Davies
1631 Zimmerman Tr.
Billings, MT 59102
Phone: (406) 839-9091
gene@lawmontana.com

*Attorneys for Respondent and Appellant*

ANITA MILANOVICH
Attorney for the
MONTANNA REPUBLICAN
PARTY
Milanovich Law, PLLC
100 E Broadway St
The Berkley Room
Butte, MT 59701
Phone: (406) 589-6856
aymilanovich@milanovichlaw.com

*Attorney for Respondent and Appellee*

Upon consideration of Appellant's unopposed motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including September 8, 2020, within which to prepare, file and serve Appellant's opening brief on appeal.

Dated this _____ day of August, 2020.

_____

Clerk of Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 6 2020